**Order entered July 26, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00196-CV

### ERNEST LANELL BRONSON, Appellant

### V.

### HSBC BANK USA, Appellee

**On Appeal from the County Court at Law No. 3**
**Dallas County, Texas**
**Trial Court Cause No. CC-18-05824-C**

## ORDER

The reporter's record in this appeal is past due. By postcard dated February 15, 2019, we notified Janet Wright, Official Court Reporter for County Court at Law No. 3, that the reporter's record was overdue and directed her to file the reporter's record within ten days. By order dated April 9, 2019, we again notified Ms. Wright the reporter's record was overdue and ordered her to, within thirty days, file either (1) the reporter's record; (2) written verification no hearings were recorded; or (3) written verification that appellant had not paid for or made arrangements to pay for the reporter's requested the reporter's record. By order dated June 21, 2019, we again ordered Ms. Wright to file within either (1) the reporter's record; (2) written verification no hearings were recorded; or (3) written verification that appellant has not paid for or made arrangements to pay for the reporter's record within ten days. In that order, we expressly

cautioned Ms. Wright that failure to comply with the order would result in the Court taking such actions as necessary to have her comply with the Court's orders, including an order that she not sit as a court reporter until she complied. To date, Ms. Wright has not complied with the Court's order nor otherwise communicated with the Court regarding the status of the reporter's record in this case.

Therefore, we **ORDER** that Janet Wright, Official Court Reporter for County Court at Law No. 3, not sit as a court reporter until she has filed either (1) the complete reporter's record in this appeal, (2) written verification no hearings were recorded, or (3) written verification that appellant has not paid for or made arrangements to pay for the reporter's record.

We **DIRECT** the Clerk to send copies of this order to:

Honorable Sally Montgomery
Presiding Judge
County Court at Law No. 3

Janet Wright
Official Court Reporter
County Court at Law No. 3

Dallas County Auditor's Office

All parties


/s/    ROBERT D. BURNS, III
CHIEF JUSTICE